# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NOS. 3:04cr191 & 3:05cr103

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>vs. )<br>)<br>)<br>ADREIAN JACKSON. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Motion for Reduction of Sentence pursuant to 18 U.S.C. §3582(c)(2) [Doc. 208 in Case No. 3:04cr191; Doc. 381 in Case No. 3:05cr103], filed January 6, 2009.

As stated by the Probation Office in the Supplement to the Presentence Report pursuant to Crack Cocaine Guideline Amendment, the Defendant faced a statutory mandatory minimum sentence of 240 months due to a prior felony drug conviction for which the Government filed a notice pursuant to 21 U.S.C. §851. [Doc. 211 in Case No. 3:04cr191; Doc. 383 in Case No. 3:05cr103, both filed February 4, 2009]. Although the sentencing court departed downward from that mandatory sentence

pursuant to U.S.S.G. §5K1.1 and 18 U.S.C. §3553(e), the notice pursuant to §851 was never withdrawn. As a result, the Defendant's sentence was based on the mandated statutory minimum sentence, not a sentencing range authorized by the Sentencing Guidelines section setting forth offense levels for crack cocaine. <u>United States v. Hood</u>, __ F.3d __, 2009 WL 416979 (4th Cir. 2009). Thus, the Defendant is not entitled to a reduced sentence under 18 U.S.C. §3582(c)(2) which authorizes modification of a sentence based on a sentencing range subsequently lowered by the Sentencing Commission. <u>Id</u>. Indeed, if Amendment 706 had been in place at the original sentencing, the guideline sentence would have remained the statutory mandatory minimum. <u>Id</u>. Therefore the amendment has no impact on the Defendant's sentence. <u>Id</u>.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Reduction of Sentence pursuant to 18 U.S.C. §3582(c)(2) [Doc. 208 in Case No. 3:04cr191; Doc. 381 in Case No. 3:05cr103] is hereby **DENIED**.

Signed: April 6, 2009

Martin Reidinger
United States District Judge